AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) Case: 1:21-mj-00235 |
| v. | ) Assigned to: Judge Harvey, G. Michael |
| Eric Gene Barber | ) Assign Date: 2/16/2021 |
| DOB ▮▮▮▮▮ | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 6, 2021  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1752(a)(1) and (2), | Restricted Buildings or Grounds |
| 40 U.S.C. §§ 5104(e)(2)(D) and (G) | Unlawful Activities on Capitol Grounds. Disorderly Conduct; Parading and Demonstrating in the Capitol Building |
| 22 D.C. Code §3212 | Theft II |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Andrew S. Cooper,  Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
 Telephone  (specify reliable electronic means).

Date:  02/16/2021

_____
Judge's signature

City and state:  Washington, DC     U.S. Magistrate Judge G. Michael Harvey
Printed name and title