AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America<br>v.<br>Eric Gene Barber<br><br>*Defendant* | ) ) ) ) ) ) ) | Case: 1:21-mj-00235<br>Assigned to: Judge Harvey, G. Michael<br>Assign Date: 2/16/2021<br>Description: COMPLAINT W/ARREST WARRANT |
|---|---|---|

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Eric Gene Barber,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. §§ 1752(a)(1) and (2), Restricted Buildings or Grounds
Title 40 U.S.C. §§ 5104(e)(2)(D) and (G), Unlawful Activities on Capitol Grounds; Disorderly Conduct; Parading and Demonstrating in the Capitol Building
Title 22 D.C. Code §3212, Theft II

Date: 02/16/2021

Digitally signed by G. Michael Harvey
Date: 2021.02.16 12:46:40 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

United States Magistrate Judge G. Michael Harvey
*Printed name and title*

---

### Return

This warrant was received on *(date)* 16 Feb 2021, and the person was arrested on *(date)* 03 Mar 2021
at *(city and state)* Davisville, West Virginia.

Date: 03 Mar 2021

*Arresting officer's signature*

Michael McDonald  Special Agent FBI
*Printed name and title*