**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE NO. 21-MJ-235** |
| | : | |
| **v.** | : | |
| | : | **VIOLATIONS:** |
| **ERIC GENE BARBER,** | : | **18 U.S.C. § 1752(a)(1)** |
| | : | **(Entering and Remaining in a Restricted** |
| **Defendant.** | : | **Building or Grounds)** |
| | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds)** |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Disorderly Conduct in a Capitol Building** |
| | : | **or Grounds)** |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing in** |
| | : | **a Capitol Building)** |
| | : | **22 D.C. Code  § 3212** |
| | : | **(Theft II)** |

**I N F O R M A T I O N**

The United States Attorney charges that at all relevant times:

**COUNT ONE**

On or about January 6, 2021, in the District of Columbia, **ERIC GENE BARBER**, did

unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted,

cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where

the Vice President and Vice President–elect were temporarily visiting, without lawful authority to

do so.

(**Entering and Remaining in a Restricted Building or Grounds** , in violation of Title 18,
United States Code, Section 1752(a)(1))

## COUNT TWO

On or about January 6, 2021, in the District of Columbia, **ERIC GENE BARBER**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to,  a restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, **ERIC GENE BARBER**, willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings or Grounds with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

(**Disorderly Conduct in a Capitol Building or Grounds**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT FOUR

On or about January 6, 2021, in the District of Columbia, **ERIC GENE BARBER**, willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

2

## COUNT FIVE

On or about January 6, 2021, in the District of Columbia, **ERIC GENE BARBER**,

wrongfully obtained and used property of value, belonging to DH, consisting of  a

model ZAGG Powerstation located at the C-SPAN media station in Statuary Hall of the

Capitol, without authorization and with the intent to appropriate the property for his own use and

to deprive DH of a right to and benefit of the property.

(**Theft II**, in violation of Title 22, District of Columbia Code, Section 3212)

Respectfully submitted,

Channing D. Phillips
Acting United States Attorney
D.C. Bar No. 415793

By:     */s/ Brenda J. Johnson*
Brenda J. Johnson
Assistant United States Attorney
D.C. Bar No. 370737
555 4th Street, N.W.
Washington, D.C.  20530
(202) 252-7801
Brenda.Johnson@usdoj.gov