## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CR. NO. 21-CR-228 (CRC) |
| ERIC BARBER | ) | |
| | ) | |

### RESPONSE TO GOVERNMENT'S MOTION FOR PROTECTIVE ORDER

Eric Barber, through undersigned counsel, respectfully notifies this Honorable Court that undersigned counsel will not oppose the protective order filed at ECF No. 12.

It is worth nothing that undersigned counsel sought discovery from the government in this case and none has been provided. The U.S. Attorney's Office has provided discovery in several matters without or prior to the entry of the protective order. The entry of the protective order is not required in order for the government to provide non-highly sensitive and non-sensitive discovery in this case.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Ubong E. Akpan
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C.  20004
(202) 208-7500