UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | CR. NO. 21-CR-228 (CRC) |
| ERIC BARBER ) | |
| ) | |

**MOTION TO CONVERT PLEA HEARING
TO STATUS HEARING**

Eric Barber, through undersigned counsel, respectfully moves this Honorable Court to convert the plea hearing scheduled for October 14, 2021 to a status conference. Undersigned counsel needs additional time to discuss the plea offer with Mr. Barber and needs additional time to review the latest discovery production. Government counsel takes no position and requested that undersigned counsel inform the Court that the government has been advised.

                                      Respectfully Submitted,

                                      A.J. KRAMER
                                      FEDERAL PUBLIC DEFENDER

                                      _____/s/_____
                                      Ubong E. Akpan
                                      Assistant Federal Public Defender
                                      625 Indiana Ave., N.W.
                                      Washington, D.C. 20004
                                      (202) 208-7500

## CERTIFICATE OF SERVICE

I, Ubong E. Akpan, certify that on this 8th day of October 2021, I caused a copy of the foregoing Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
Ubong E. Akpan
Assistant Federal Public Defender