# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v. ) | CR. NO. 21-CR-228 (CRC) |
| **ERIC BARBER** ) | |
| ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Eric Barber, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing hearing scheduled for June 1, 2022 for two to three weeks. Undersigned counsel had been in a jury trial when the government's sentencing memorandum was filed and needs additional time to prepare for sentencing and to file the defense sentencing memorandum. The government does not oppose this motion.

The parties are available for sentencing on June 23rd. The parties are also available on June 22nd in the afternoon and can be available on June 14th.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Ubong E. Akpan
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C. 20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I, Ubong E. Akpan, certify that on this 24th day of May 2022, I caused a copy of the foregoing Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

```
                        /s/
            _____
            Ubong E. Akpan
            Assistant Federal Public Defender
```