UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | **Crim. No.  21-228 (CRC)** |
| **ERIC BARBER** | ) | |

## SUPPLEMENT TO

## MEMORANDUM IN AID OF SENTENCING

Eric Barber, through undersigned counsel, respectfully files the following document to supplement this Memorandum in aid of Sentencing:

1) Letter of Support from his employer (Exhibit 1).

                                                          Respectfully submitted,

                                                        A.J. KRAMER
                                                        FEDERAL PUBLIC DEFENDER

                                                        _____/s/_____
                                                        Ubong E. Akpan
                                                        Assistant Federal Public Defender
                                                        625 Indiana Ave., N.W., Suite 550
                                                        Washington, D.C.  20004
                                                        (202) 208-7500

2

**CERTIFICATE OF SERVICE**

I, Ubong E. Akpan, certify that on this 13th day of June 2022, I caused a copy of the foregoing Supplement to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

_____/s/_____
Ubong E. Akpan
Assistant Federal Public Defender