# EXHIBIT 1

**From:** ▮
**To:** Ubong Akpan
**Subject:** Fwd: Eric Barber
**Date:** Monday, June 13, 2022 5:24:26 PM

Sent from my iPhone

Begin forwarded message:

> **From:** ▮ <▮>
> **Date:** June 13, 2022 at 8:10:12 AM MDT
> **To:** akpan@fd.org
> **Subject: Eric Barber**
>
> Honorable Judge Christopher R. Cooper
>
> My name is ▮. I employ Eric Barber and have known him in addition to his time of employ since he was a young teenager. He is a passionate young man well measured in what he does who allowed his passion to overwhelm temporarily his ability to distinguish between right and wrong.
> Eric and I have had many discussions about his participation in the events of January 6 at our capital complex and about being cognizant of the fact that engaging brain and determining the difference between right (obeying and following the law) and wrong (not following the law) must be top of mind at all times.
> I have been in business for 47 years. Hired and seen many young men and women come and go today continuing to employ 9 full time 6 that have been with me over 25 years each.
> Personally I am satisfied that Eric is not a danger in any way nor would he consider involving himself in anything similar or for that matter anything unlawful. That Eric understands the ramifications of making poor decisions and that he knows the cost of breaking the law for any reason exacts consequences that he is not willing to expose himself too.
> Eric has expressed to me that he sure wishes he had not made the trip to DC and participated in that mess and that by being there and becoming overwhelmed by the moment going with the crowd  he made a bad decision.
> I respectfully on behalf of Eric Barber ask you to consider a period of probation and local community service and include reputable mandatory counseling in leu of incarceration. If your Honor feels jail time is necessary in addition to the above or otherwise that you would consider allowing Mr. Barber to serve weekends here in the NW Regional facility in Doddridge County, WV .
> I can assure your Honor that Eric Barber will comply with any of the above if you are inclined to be so kind and that I feel strongly that Eric will be extremely appreciative and will put this behind him and move forward productively and lawfully and that there will be several here in our community that will mentor and counsel as necessary to make sure.
> Thank You for your kind and experienced consideration regards my requests.

Sent from my iPad

