# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | CR. NO. 21-228 (CRC) |
| **ERIC BARBER** | ) | |

## UNOPPOSED MOTION TO EXTEND SURRENDER DATE

Eric Barber, through undersigned counsel, respectfully moves this Honorable Court to extend his surrender date to the custody of the Bureau of Prisons ("BOP") from July 26, 2022 to on or after October 1, 2022.  Mr. Barber is scheduled for surgery on August 16, 2022 and a medical follow up on September 7, 2022.  See Exhibit 1.  Undersigned counsel understands that Mr. Barber will need physical therapy in the meantime and possibly after the follow up visit.  The government does not oppose this motion.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

\_\_\_\_/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C.  20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I, Ubong E. Akpan, certify that on this 12th day of July 2022, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
UBONG E. AKPAN
Assistant Federal Public Defender