# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>v.<br><br>**ERIC GENE BARBER**,<br><br>Defendant. | Case No. 21-cr-228 (CRC) |

## ORDER

It is hereby **ORDERED** that Defendant's [52] Motion for Extension of Time to Report to the Bureau of Prisons is GRANTED IN PART.  Mr. Barber shall surrender to the custody of the Bureau of Prisons no later than October 17, 2022.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date:   September 26, 2022