AO 83 (Rev. 06/09; DC 3/2010) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>ERIC GENE BARBER<br><br>*Defendant* | )<br>)<br>)  Case No.  21-CR-228 (CRC)<br>)<br>)<br>) |

DOB: ▆▆▆▆

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: United States District Court<br>333 Constitution Avenue, NW<br>Washington, DC 20001 | Courtroom No.: 27A 6th Floor |
|---|---|
| | Date and Time: 05/30/2023 3:00 pm |

This offense is briefly described as follows:

SEE ATTACHED PROBATION PETITION [56]

Date: 04/13/2023

ANGELA D. CAESAR, Clerk
BY: *(signature)*
*Issuing officer's signature*

Lauren Jenkins, Courtroom Deputy
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons      ☐ Returned this summons unexecuted

Date: 5/11/23

*(signature)*
*Server's signature*

Kyc Lockc
*Printed name and title*