UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 21-CR-228 (CRC)** |
| | : | |
| **ERIC BARBER,** | : | |
| | : | |
| *Defendant.* | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Eric Boylan is entering his appearance in this matter on behalf of the United States and substituting for Assistant United States Attorney Brenda Johnson, who is no longer assigned to this case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Eric W. Boylan*
ERIC W. BOYLAN
Assistant United States Attorney
Texas Bar No. 24105519
610 D Street N.W.
Washington D.C. 20001
(202) 815-8608
eric.boylan@usdoj.gov