**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v.                                               ) | CR. NO. 21-CR-228 (CRC) |
| **ERIC BARBER**                        ) | |
| _____ ) | |

**MOTION TO STAY ISSUANCE OF JUDGMENT PENDING RESOLUTION OF
MOTION TO CORRECT SENTENCING**

Eric Barber, through undersigned counsel, respectfully moves this Court, to stay the Court's filing of the Judgment upon revocation in this case, pending the resolution of Mr. Barber's forthcoming motion to correct his sentence under Federal Rule of Crim. Proc. R. 35. In support of this motion, the defense states as follows:

1. On June 1, 2023, upon revocation of the term of probation attendant to his conviction for Theft II (Count V), this Court sentenced Mr. Barber to (a) 75 days of imprisonment, (b) 12 months of probation, in addition to the original 24 months, and (c) 120 days of home confinement with location monitoring. Mr. Barber objected to the 75 days of imprisonment and the 12 months of additional probation, and did not object to the home confinement portion of the sentence.

2. Upon reflection and review after the hearing, Mr. Barber now believes that this Honorable Court clearly erred in sentencing him to home confinement with location monitoring. Therefore, Mr. Barber intends to file a motion to correct the sentence under Rule 35, which must be filed by June 15, 2023.

3.    To avoid (a) the potential need to file two separate notices of appeal, (b) having two appellate case numbers assigned, and (c) the administrative confusion caused by separate consolidated cases, Mr. Barber respectfully moves this Court to stay the filing of the written Judgment in this case pending the resolution of Mr. Barber's forthcoming motion.

WHEREFORE, defendant respectfully requests that his motion to stay be granted.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Ubong E. Akpan
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C.  20004
(202) 208-7500

## **CERTIFICATE OF SERVICE**

I, Ubong E. Akpan, certify that on this 1st day of June 2023, I caused a copy of the foregoing Memorandum to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
Ubong E. Akpan
Assistant Federal Public Defender