# United States Court of Appeals

**For The District of Columbia Circuit**

_____

**No. 23-3091**　　　　　　　　　　　　　　　　　**September Term, 2023**

**1:21-cr-00228-CRC-1**

**Filed On: September 29, 2023** [2019576]

United States of America,

　　　Appellee

　v.

Eric Gene Barber,

　　　Appellant

## M A N D A T E

　　In accordance with the order of September 29, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　Selena R. Gancasz
　　　　　　　　　　　　　　　　Deputy Clerk

Link to the order filed September 29, 2023