# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3091**　　　　　　　　　　　　　　**September Term, 2023**

　　　　　　　　　　　　　　　　　　　　**1:21-cr-00228-CRC-1**

　　　　　　　　　　　　　　　　　　　　**Filed On:** September 29, 2023

United States of America,

　　　Appellee

　v.

Eric Gene Barber,

　　　Appellant

　　**BEFORE**:　Wilkins, Katsas, and Walker, Circuit Judges

## O R D E R

Upon consideration of the joint motion to remand for resentencing, it is

**ORDERED** that the motion to remand be granted, and that the case be remanded to the district court for resentencing proceedings.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate forthwith.

### Per Curiam

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　Selena R. Gancasz
　　　　　　　　　　　　　　　　　Deputy Clerk