AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Columbia

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| ERIC GENE BARBER | ) | |
| | ) | Case No.  21-CR-228 (CRC) |
| | ) | USM No. 32790-509 |
| | ) | Ubong E. Akpan |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) ____1-3____ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You must participate in a mental health assessment and comply with any treatment recommended. You shall follow the rules and regulations of that program. The probation officer, in consultation in the program. (Special Condition) | 02/29/2024 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __1579__

Defendant's Year of Birth: __1978__

City and State of Defendant's Residence:
Davisville, WV

05/09/2024
Date of Imposition of Judgment

Signature of Judge

Honorable Christopher R. Cooper, U.S.D.C. Judge
Name and Title of Judge

5/9/24
Date

DEFENDANT: ERIC GENE BARBER
CASE NUMBER: 21-CR-228 (CRC)

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 | You must participate in an alcohol abuse assessment and comply with any inpatient and/or outpatient alcohol abuse treatment program recommended. You shall follow the rules and regulations of that program. The probation officer will supervise your participation in the program. (Special Conditon) | 02/29/2024 |
| 3 | You must regrain from any unlawful use of a controlled substance. You must submit one drug test within 15 days of placement on probation and at least two periodic drug test thereafter, as determined by the Court. (Mandatory Condition) | 03/01/2024 |

DEFENDANT: ERIC GENE BARBER
CASE NUMBER: 21-CR-228 (CRC)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Four (4) days with no term of probation to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL